Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br><br>RICARDO SERBANTES-FERNANDEZ<br>　　　　　　Defendants. | NO. CR006-0085 JCC<br><br>STIPULATED MOTION<br>AND ORDER TO CONTINUE<br>PRE-TRIAL MOTIONS DUE<br>DATE  AND TRIAL |

## STIPULATION

The defendant, RICARDO SERBANTES-FERNANDEZ through his attorney and the United States by and through its attorney, Assistant United States Attorney, Lisca Borichewski, hereby stipulate and agree to a continuance of the pre-trial motions due date to July 6, 2006 and the trial until July 24, 2006.

The trial in this matter is currently scheduled for May 8, 2006.  The pre-trial motions due date was scheduled for April 17, 2006.  For the reason stated below, the defense and the Government respectfully request that the Court grant the request to continue the pre-trial motions due date and trial to the dates requested above.

STIPULATED MOTION AND ORDER
TO CONTINUE  PRE-TRIAL MOTIONS DUE  DATE
AND TRIAL

Page 1 of 4

LAW OFFICES OF

HOWARD RATNER, INC. P.S.
720 THIRD AVENUE #2100
SEATTLE, WA 98104-1804
(206) 625-0737 FAX (206) 682-5797

1  The parties have been working diligently to resolve this case.  The government recently provided
2  additional discovery and the parties anticipate further reports will be generated regarding the
3  cooperation by co-conspirators.  This material must be reviewed so that defense counsel can be
4  adequately prepared for trial and provide defendant with effective representation.  The defendant
5  will file a speedy trial waiver, excluding the time needed for this continuance from calculation
   under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A),
6  3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

Dated this 24th day of April, 2006.

s /*Lisca Borischwski*
Lisca Borichewski
Assistant United States Attorney          s/*Howard Ratner*
                                          Howard Ratner, WSBA #4816
                                          Attorney for Defendant
                                          Armando Perez-Ramos
                                          720 3rd Ave. #2100
                                          Seattle, WA 98104
                                          Tel:  (206) 625-0737
                                          Fax:  (206) 682-5797
                                          E-mail:  howard@ratnerlaw.com

STIPULATED MOTION AND ORDER                                    LAW OFFICES OF
TO CONTINUE  PRE-TRIAL MOTIONS DUE  DATE
AND TRIAL                                                      HOWARD RATNER, INC. P.S.
                          Page 2 of 4                          720 THIRD AVENUE #2100
                                                               SEATTLE, WA 98104-1804
                                                               (206) 625-0737 FAX (206) 682-5797

## ORDER

**Based on the above stipulation by the parties to continue the pre-trial motions due date and trial, and Defendant's filing of a speedy trial waiver, this Court finds the parties need additional time to obtain all discovery to be adequately prepared for file. For that reason, that the interests of the public and the defendant in a speedy trial in this are outweighed by the ends of justice within the meaning of 18 U.S.C. § 3161(h)(8)(A).**

IT IS NOW, THEREFORE, ORDERED that the pre-trial motions due date be continued to July 6, 2006 and the trial is continued until July 24, 2006. The time between the date of this Order and the new trial date shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

Dated this 3rd day of May, 2006.

_John C. Coughenour_
John C. Coughenour
United States District Judge

STIPULATED MOTION AND ORDER
TO CONTINUE PRE-TRIAL MOTIONS DUE DATE
AND TRIAL

Page 3 of 4

LAW OFFICES OF

HOWARD RATNER, INC. P.S.
720 THIRD AVENUE #2100
SEATTLE, WA 98104-1804
(206) 625-0737 FAX (206) 682-5797

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 24, 2006, I electronically filed with the Clerk of the Court, using the CM/ECF system, the Stipulated Motion and Order to Continue the Pre-Trial Motions due date, which will send notification of such filing to counsel.

                        s/Howard Ratner
                        Howard Ratner, WSBA #4816
                        Attorney for Defendant
                        Armando Perez-Ramos
                        720 3rd Ave. #2100
                        Seattle, WA 98104
                        Tel:  (206) 625-0737
                        Fax:  (206) 682-5797
                        E-mail:  howard@ratnerlaw.com

STIPULATED MOTION AND ORDER
TO CONTINUE  PRE-TRIAL MOTIONS DUE  DATE
AND TRIAL

Page 4 of 4

LAW OFFICES OF

HOWARD RATNER, INC. P.S.
720 THIRD AVENUE #2100
SEATTLE, WA 98104-1804
(206) 625-0737 FAX (206) 682-5797